# United States District Court
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | : | |
|---|---|---|
| **GMAC Mortgage Corporation** | : | **Case No. 1:05-cv-02576** |
| | : | |
| Plaintiff | : | District Judge John R. Adams |
| | : | Magistrate Judge _____ |
| vs. | : | |
| | : | |
| **Stanley R. Miller, et al.** | : | **ORDER DIRECTING UNITED** |
| | : | **STATES MARSHAL TO PROCEED** |
| Defendants. | : | **WITH FORECLOSURE SALE** |
| | : | |
| | : | |

UNITED STATES DISTRICT JUDGE JOHN R. ADAMS

This cause came on for consideration upon the motion of Plaintiff, GMAC Mortgage Corporation, for an Order directing the foreclosure sale, at public auction, of the subject real property by the United States Marshal.

IT APPEARING to the Court that the Summary Judgment and Decree in Foreclosure, entered by this Court on March 20, 2006, orders the sale of the property located at 28099 Fairmont Boulevard, Pepper Pike OH.

IT FURTHER APPEARING to the Court that the United States Marshal should immediately proceed with the sale of the subject property at public auction, subject to the relevant notice and advertising requirements mandated by federal law.

IT IS THEREFORE ORDERED that the motion of Plaintiff be and hereby is granted, that execution shall immediately issue on the Summary Judgment and Decree in Foreclosure,

and that the United States Marshal is hereby ordered and directed to proceed with the sale of the real property located at 28099 Fairmont Boulevard, Pepper Pike OH by public auction.

    **IT IS SO ORDERED.**

Date: March 31, 2006                    __s/John R. Adams____
                                                  JUDGE JOHN R. ADAMS
                                                  UNITED STATES DISTRICT JUDGE

/s/ Kevin L. Williams
Kevin L. Williams (0061656)
Manley Deas Kochalski LLC
495 S. High Street - Suite 300
Columbus OH  43215-5869
Telephone: 614-222-4921
Fax: 614-220-5613
klw@mdk-llc.com
Attorney for Plaintiff